# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SEBESTA, STEVEN M | ) | CASE NO. 04-06144 |
| SEBESTA, SHELLEY A | ) | |
| Debtor(s) | ) | Hon. A. BENJAMIN GOLDGAR |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   Lake County Courthouse, 18 N. County Street, Room 206, Waukegan, IL 60085

    On: **January 11, 2008**          Time: **1:30 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $30,545.10 |
    | Disbursements | $20,534.39 |
    | Net Cash Available for Distribution | $10,010.71 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Joel A. Schechter<br>TRUSTEE | $0.00 | $2,804.51 | $0.00 |
    | JOEL A. SCHECHTER<br>TRUSTEE ATTORNEY | $0.00 | $4,316.25 | $76.62 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $131,525.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.13899%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | CHASE MANHATTAN BANK USA NA | $10,950.52 | $234.23 |
| 2 | DISCOVER BANK | $9,633.71 | $206.06 |
| 3 | DISCOVER BANK | $9,680.91 | $207.07 |
| 4 | BANK ONE DELAWARE NA FIRST USA | $19,717.44 | $421.76 |
| 5 | BANK ONE DELAWARE NA FIRST USA | $9,455.55 | $202.25 |
| 6 | BANK ONE DELAWARE NA FIRST USA | $11,953.96 | $255.69 |
| 7 | MBNA AMERICA BANK NA | $25,846.82 | $552.87 |
| 8 | CITIBANK USA NA | $28,408.41 | $607.66 |
| 10 | MONOGRAM CREDIT CARD BANK OF GEORGI | $5,878.61 | $125.74 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Wells Cargo Trailer | 1,000.00 |

Dated: **November 30, 2007**                                         For the Court,

                                      By:   **KENNETH S. GARDNER**
                                               Kenneth S. Gardner
                                               Clerk of the U.S. Bankruptcy Court
                                               219 S. Dearborn Street; 7th Floor
                                               Chicago, IL 60604

Trustee:       Joel A. Schechter
Address:      53 West Jackson
                  Suite 1025
                  Chicago, IL  60604
Phone No.:   (312) 332-0267

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

6144    Doc 40    Filed 11/30/07    Entered 12/02/07 23:35:28    Desc Imaged
Certificate of Service    Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                  Page 1 of 2                Date Rcvd: Nov 30, 2007
Case: 04-06144                    Form ID: pdf002              Total Served: 48
```

The following entities were served by first class mail on Dec 02, 2007.
```
db         +Steven M Sebesta,    41650 S Pederson Drive,    Antioch, IL 60002-9519
jdb        +Shelley A Sebesta,    41650 S Pederson Drive,    Antioch, IL 60002-9519
aty        +John E Gierum,    Gierum & Mantas,    9700 W Higgins Rd, Ste 1015,    Rosemont, IL 60018-4712
tr         +Joel A Schechter, ESQ,    Law Offices Of Joel Schechter,    53 W Jackson Blvd Ste 1025,
            Chicago, IL 60604-3650
7780629     ABN Amro,    135 South LaSalle Street, Dept. 8201,    Chicago, IL 60674-8201
7780647    ++AMERICAN HONDA FINANCE,     P O BOX 168088,    IRVING TX 75016-8088
            (address filed with court:  Honda Financial Services,    PO Box 1844,    Alpharetta, GA 30023)
7780630    +Bank One,    1 N Dearborn, Suite 1503,    Chicago, IL 60602-4331
8288569    +Bank One Delaware NA First USA,    c/o Weinstein Treiger and Riley PS,    2101 4th Avenue,
            Ste 900,    Seattle, WA 98121-2339
7780631     BankOne,    PO Box 260161,    Baton Rouge, LA 70826-0161
7780632     BankOne,    PO Box 50882,    Henderson, NV 89016-0882
7780633     Chase Freedon MasterCard,    PO Box 52064,    Phoenix, AZ 85072-2064
8198612    +Chase Manhattan Bank USA NA,    c/o Chase Bankcard Services Inc,    PO Box 52176,
            Phoenix.. AZ 85072-2176
7780634    +Christopher And Jill Favero,    629 Prairie,    Wilmette, IL 60091-2531
7780635     Citi Cards,    P O Box 6418,    The Lakes, NV 88901-6418
8499349    +Citibank NA,    Citibank Choice,    Exception Payment Processing,    PO Box 6305,
            The Lakes NV 88901-6305
7780645    +Citibank USA NA,    DBA: Home Depot,    PO Box 9025,    Des Moines, IA 50368-9025
7780636     Citifinancial Retail Services,    PO Box 22060,    Tempe, AZ 85285-2060
7780639    +Don Zabski,    Zabski Remodeling,    26302 West Orchard,    Antioch, IL 60002-9131
7780640    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
            GRAND RAPIDS MI 49546-6253
            (address filed with court:  Fifth Third Bank,    925 Freeman,    Cincinnati, OH 45263)
8415674    +Federal Home Loan Bank,    ABN Amro Mortgage Group Inc,    7159 Corklan Drive,
            Jacksonville, Florida 32258-4455
7780641     GE Select,    PO Box 50882,    Henderson, NV 89016-0882
7780628    +Gierum & Mantas,    1030 West Higgins Road Suite 220,    Park Ridge, IL 60068-5761
7780642    +Greatbank Main,    234 South Randall Road,    Algonquin, IL 60102-9706
7780643     Harley-Davidson Credit,    8529 Innovation Way,    Chicago, IL 60682-0085
7780644    +Heritage Community Bank,    18301 South Halsted,    Glenwood, IL 60425-1069
7780646     Home Depot Credit Services,    PO Box 6029,    The Lakes, NV 88901-6029
7780648    +LaSalle Bank And Trust,    135 South LaSalle Street,    Chicago, IL 60603-4489
7780649     MBNA,    PO Box 15019,    Wilmington, DE 19886-5019
8329858    +MBNA America Bank NA,    PO Box 15168 MS 1423,    Wilmington, DE 19850-5168
7780650     McHenry County Orthopaedics, SC,    420 North Route 31,    Crystal Lake, IL 60012
7780651    +McHenry Radiologists And Imaging Assoc.,    PO Box 220,    McHenry, IL 60051-0220
7780652    +Medix Ambulance Service, Inc.,    PO Box 652,    Burlington, WI 53105-0652
7780653     Monogram CC Bank GA,    PO Box 9001557,    Louisville, KY 40290-1557
8426777    +Monogram Credit Card Bank of Georgia,    c/o GE Consumer Finance,    PO Box 960061,
            Orlando FL 32896-0061
7780654     Moraine Emergency Physicians,    PO Box 8759,    Philadelphia, PA 19101-8759
7780655    +Northwestern Mutual,    720 East Wisconsin Avenue,    Milwaukee, WI 53202-4703
7780627    +SEBESTA SHELLEY A,    41650 S Pedersen Drive,    Antioch, IL 60002-9519
7780626    +SEBESTA STEVEN M,    41650 S Pedersen Drive,    Antioch, IL 60002-9519
7780656    +Scott Leuers,    D/B/A PaintMasters,    2121 West Morse Avenue, 2nd Fl.,    Chicago, IL 60645-4914
7780657    +Stephen G. Daday,    Stitt, Klein, Daday, Aretos & Giampiertr,    121 S. Wilke Road, Ste. 500,
            Arlington Heights, IL 60005-1528
7780658    +Town Of Bloomfield,    PO Box 1368,    Elmhurst, IL 60126-8368
7780660     US Bank NA,    PO Box 2188,    Oshkosh, WI 54903-2188
7780659     United Mileage Plus,    Cardmember Services,    PO Box 50882,    Henderson, NV 89016-0882
7780662    +WT Anesthesia,    845 North Michigan Avenue #948E,    Chicago, IL 60611-2213
7780661    +Wells Fargo Financial,    5101 Washington, Ste. 29,    Gurnee, IL 60031-5913
```

The following entities were served by electronic transmission on Dec 01, 2007.
```
8261483      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 01 2007 05:00:24      Discover Bank,
              Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
7780637      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 01 2007 05:00:24      Discover Card,    PO Box 30395,
              Salt Lake City, UT 84130-0395
7780638      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 01 2007 05:00:24      Discover Platinum,
              PO Box 15192,    Wilmington, DE 19850-5192
7780649      E-mail/PDF: bankofamericaebn@americaninfosource.com Dec 01 2007 04:26:54      MBNA,    PO Box 15019,
              Wilmington, DE 19886-5019
8329858     +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Dec 01 2007 04:27:03
              MBNA America Bank NA,    PO Box 15168 MS 1423,    Wilmington, DE 19850-5168
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Nov 30, 2007
Case: 04-06144                 Form ID: pdf002          Total Served: 48
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2007**                          **Signature:** _Joseph Speetjens_