# EXHIBIT A

04-06144:36.3:Application for Compensation:Proposed Order Entered: 11/21/2007 3:58:26 PM by:Joel Schechter Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SEBESTA, STEVEN M | ) | CASE NO. 04-06144 |
| SEBESTA, SHELLEY A | ) | |
| Debtor(s) | ) | Hon. A. BENJAMIN GOLDGAR |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the requests for compensation and expenses are allowed as follows:

1. Joel A. Schechter, Attorney for the Trustee
   a. Compensation         $4,316.25
   b. Expenses             $76.62

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____ JAN 1 1 2008

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

Joel A. Schechter
Atty #03122099
53 West Jackson
Suite 1025
Chicago, IL 60604
(312) 332-0267

04-06144:35 1:Application for Compensation:Proposed Order Entered: 11/21/2007 3:55:50 PM by:Joel Schechter Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SEBESTA, STEVEN M | ) | CASE NO. 04-06144 |
| SEBESTA, SHELLEY A | ) | |
| Debtor(s) | ) | Hon. A. BENJAMIN GOLDGAR |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $2,804.51 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $2,804.51 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____   JAN 11 2008

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

Joel A. Schechter
Atty #03122099
53 West Jackson
Suite 1025
Chicago, IL 60604
(312) 332-0267

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SEBESTA, STEVEN M | ) | CASE NO. 04-06144 |
| SEBESTA, SHELLEY A | ) | |
| Debtor(s) | ) | Hon. A. BENJAMIN GOLDGAR |

## FINAL DISTRIBUTION REPORT

I, Joel A. Schechter, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $7,197.38 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $2,831.08 |
| Interest (726(a)(5)) | $0.00 |
| Surplus to Debtor (726(a)(6)) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 10,028.46 |

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $7,197.38 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joel A. Schechter, statutory comp. | $2,804.51 | $2,804.51 |
| | Joel A. Schechter, trustee expenses | $0.00 | $0.00 |
| | JOEL A. SCHECHTER, TRUSTEE ATTORNEY FEES | $4,316.25 | $4,316.25 |
| | JOEL A. SCHECHTER, TRUSTEE ATTORNEY EXPENSES | $76.62 | $76.62 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $ 0.00 | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant | $ 0.00 | |

to §502(f)

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000 | $ 0.00 | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Plans | $ 0.00 | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925 | $ 0.00 | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $ 0.00 | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Tax Liens | $ 0.00 | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax Claims excluding fines and penalties | $ 0.00 | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 131,525.93 | 2.15248 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000004 | BANK ONE DELAWARE NA FIRST USA, UNSECURED CLAIMS | $19,717.44 | $424.41 |
| 000005 | BANK ONE DELAWARE NA FIRST USA. UNSECURED CLAIMS | $9,455.55 | $203.53 |
| 000006 | BANK ONE DELAWARE NA FIRST USA, UNSECURED CLAIMS | $11,953.96 | $257.31 |
| 000001 | CHASE MANHATTAN BANK USA NA, UNSECURED CLAIMS | $10,950.52 | $235.71 |
| 000008 | CITIBANK USA NA, UNSECURED CLAIMS | $28,408.41 | $611.49 |
| 000002 | DISCOVER BANK, UNSECURED CLAIMS | $9,633.71 | $207.36 |
| 000003 | DISCOVER BANK, UNSECURED CLAIMS | $9,680.91 | $208.38 |
| 000007 | MBNA AMERICA BANK NA, UNSECURED CLAIMS | $25,846.82 | $556.35 |
| 000010 | MONOGRAM CREDIT CARD BANK OF GEORGI, UNSECURED CLAIMS | $5.878.61 | $126.54 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims. | $ 26,220.97 | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 11 | Citibank, N.A. | 26,220.97 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WIDTHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 9 | ABN AMRO Mortgage Group | 295,581.70 | Real Estate was not administered by Trustee |

      WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   January 11, 2008                /s/ Joel A. Schechter

Joel A. Schechter  
Trustee  
53 West Jackson  
Suite 1025  
Chicago, IL 60604  
(312) 332-0267